1  SUNDEEN SALINAS ROMELL & PYLE
   HUNTER PYLE, SBN 191125
2  1330 Broadway, Suite 1830
   Oakland, California 94612
3  Telephone:  510-663-9240
   Facsimile:  510-663-9241
4
   Attorneys for Plaintiff
5  Nicole M. Pedroia

6
   COOK & ROOS LLP
7  MICHAEL E. WILBUR, CBN 152361
   221 Main Street, Suite 1600
8  San Francisco, CA 94105
   Telephone:  415-362-7071
9  Facsimile:  415-362-7073

10 KING & SPALDING LLP
   JOHN F. WYMER, III*
11 LISA A. KABULA*
   191 Peachtree Street
12 Atlanta, GA 30303-1763
   Telephone:  (404) 572-4600
13 Facsimile:  (404) 572-5134
   * Admitted *pro hac vice*
14
   Attorneys for Defendant
15 Air Serv Corporation

**FILED**

DEC 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18
   NICOLE M. PEDROIA,                )  Case No. C 04-05008 MHP
19                                   )
              Plaintiff,             )
20                                   )  **Stipulation of Dismissal**
        v.                           )  **with Prejudice**
21                                   )
   AIR SERV CORPORATION; and DOES 1- )
22 20, inclusive,                    )
                                     )
23            Defendants.            )
                                     )
24
25      IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii),

26 that all claims which the Plaintiff has pending against the Defendant in this action are hereby

27
28

PEDROIA v. AIR SERV CORPORATION                    Stipulation of Dismissal with Prejudice
CASE NO. C 04-05008 MHP

dismissed with prejudice and, further, that each party shall bear her or its own costs and expenses.

_____
SUNDEEN SALINAS ROMELL & PYLE
HUNTER PYLE, SBN 191125
1330 Broadway, Suite 1830
Oakland, California 94612
Telephone: (510) 663-9240
Facsimile: (510) 663-9241

ATTORNEY FOR PLAINTIFF
NICOLE PEDROIA

_____
KING & SPALDING LLP
JOHN F. WYMER, III*
LISA A. KABULA*
191 Peachtree Street
Atlanta, GA 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5134
* Admitted *pro hac vice*

COOK & ROOS LLP
MICHAEL E. WILBUR, CBN 152361
221 Main Street, Suite 1600
San Francisco, CA 94105
Telephone: 415-362-7071
Facsimile: 415-362-7073

ATTORNEYS FOR DEFENDANT
AIR SERV CORPORATION

12/20/05

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE